IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| Bryan Acuff, et al | ) |
| Plaintiffs, | ) ) ) ) ) |
| vs. | ) Civil Case No: 3-14-cv-337 ) ) ) |
| G4S GOVERNMENT SOLUTIONS, INC., d/b/a WSI – OAK RIDGE, | ) ) ) |
| Defendant. | ) |

## CONSENT TO BECOME PARTY PLAINTIFF

Comes the Plaintiff, pursuant to 29 U.S.C. §216(b), and files this Consent to Become a Party Plaintiff in the above lawsuit.

I hereby specifically elect to serve as a named representative to prosecute this lawsuit on my behalf, to make any and all decisions with respect to the conduct of this litigation, to enter into an agreement with counsel for all Plaintiffs with respect to costs and attorney's fees, to negotiate and/or settle any and all wage and hour claims I and others may have against G4S Government Solutions, Inc., d/b/a WSI – Oak Ridge and to take any other action necessary to present or preserve my wage and hour claim against G4S Government Solutions, Inc., d/b/a WSI – Oak Ridge.

This the 18th day of September, 2014.

**EXHIBIT C**

_[signature]_
SIGNATURE

Richard Bradley Adkins
NAME (PRINT CLEARLY)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| Bryan Acuff, et al<br><br>Plaintiffs,<br><br>vs.<br><br>G4S GOVERNMENT SOLUTIONS, INC., *d/b/a* WSI – OAK RIDGE,<br><br>Defendant. | Civil Case No: 3-14-cv-337 |

## CONSENT TO BECOME PARTY PLAINTIFF

Comes the Plaintiff, pursuant to 29 U.S.C. §216(b), and files this Consent to Become a Party Plaintiff in the above lawsuit.

I hereby specifically elect to serve as a named representative to prosecute this lawsuit on my behalf, to make any and all decisions with respect to the conduct of this litigation, to enter into an agreement with counsel for all Plaintiffs with respect to costs and attorney's fees, to negotiate and/or settle any and all wage and hour claims I and others may have against G4S Government Solutions, Inc., *d/b/a* WSI – Oak Ridge and to take any other action necessary to present or preserve my wage and hour claim against G4S Government Solutions, Inc., *d/b/a* WSI – Oak Ridge.

This the 18th day of September, 2014.

_Kenneth A. Johnson_
SIGNATURE

Kenneth A. Johnson

NAME (PRINT CLEARLY)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| Bryan Acuff, et al | ) |
| Plaintiffs, | ) |
| vs. | ) Civil Case No: 3-14-cv-337 |
| G4S GOVERNMENT SOLUTIONS, INC., d/b/a WSI – OAK RIDGE, | ) |
| Defendant. | ) |

## CONSENT TO BECOME PARTY PLAINTIFF

Comes the Plaintiff, pursuant to 29 U.S.C. §216(b), and files this Consent to Become a Party Plaintiff in the above lawsuit.

I hereby specifically elect to serve as a named representative to prosecute this lawsuit on my behalf, to make any and all decisions with respect to the conduct of this litigation, to enter into an agreement with counsel for all Plaintiffs with respect to costs and attorney's fees, to negotiate and/or settle any and all wage and hour claims I and others may have against G4S Government Solutions, Inc., d/b/a WSI – Oak Ridge and to take any other action necessary to present or preserve my wage and hour claim against G4S Government Solutions, Inc., d/b/a WSI – Oak Ridge.

This the 18th day of September, 2014.

SIGNATURE

Danny McGrew
NAME (PRINT CLEARLY)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| Bryan Acuff, et al )<br><br>    Plaintiffs, )<br><br>vs. )<br><br>G4S GOVERNMENT SOLUTIONS, INC., )<br>d/b/a WSI – OAK RIDGE, )<br><br>    Defendant. ) | Civil Case No: 3-14-cv-337 |

## CONSENT TO BECOME PARTY PLAINTIFF

Comes the Plaintiff, pursuant to 29 U.S.C. §216(b), and files this Consent to Become a Party Plaintiff in the above lawsuit.

I hereby specifically elect to serve as a named representative to prosecute this lawsuit on my behalf, to make any and all decisions with respect to the conduct of this litigation, to enter into an agreement with counsel for all Plaintiffs with respect to costs and attorney's fees, to negotiate and/or settle any and all wage and hour claims I and others may have against G4S Government Solutions, Inc., d/b/a WSI – Oak Ridge and to take any other action necessary to present or preserve my wage and hour claim against G4S Government Solutions, Inc., d/b/a WSI – Oak Ridge.

This the 18th day of September, 2014.

_Todd M. O'Neal_
SIGNATURE

TODD M. ONEAL
NAME (PRINT CLEARLY)

126 EAST DR.
STREET ADDRESS

POWELL, TN. 37849
CITY, STATE, ZIP CODE

865 945-4313
TELEPHONE NUMBER

TRFKCO@YAHOO.COM
E-MAIL ADDRESS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| Bryan Acuff, et al ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Case No: 3-14-cv-337 |
| ) | |
| G4S GOVERNMENT SOLUTIONS, INC., ) | |
| d/b/a WSI – OAK RIDGE, ) | |
| ) | |
| Defendant. ) | |

## CONSENT TO BECOME PARTY PLAINTIFF

Comes the Plaintiff, pursuant to 29 U.S.C. §216(b), and files this Consent to Become a Party Plaintiff in the above lawsuit.

I hereby specifically elect to serve as a named representative to prosecute this lawsuit on my behalf, to make any and all decisions with respect to the conduct of this litigation, to enter into an agreement with counsel for all Plaintiffs with respect to costs and attorney's fees, to negotiate and/or settle any and all wage and hour claims I and others may have against G4S Government Solutions, Inc., d/b/a WSI – Oak Ridge and to take any other action necessary to present or preserve my wage and hour claim against G4S Government Solutions, Inc., d/b/a WSI – Oak Ridge.

This the 18th day of September, 2014.

_D. Robin___
CLIENT SIGNATURE

_Don Robinson___
NAME (PRINT CLEARLY)

_291 N. Na dr___
STREET ADDRESS

_Cleveland TN. 37323___
CITY, STATE, ZIP CODE